# Court of Appeals
# of the State of Georgia

ATLANTA, July 27, 2016

*The Court of Appeals hereby passes the following order:*

## A16A2107. PATRICK C. BRADHAM v. WELLSTAR HEALTH SYSTEM, INC.

On March 28, 2016, the trial court entered an order granting Wellstar Health System, Inc.'s motion to dismiss Patrick C. Bradham's complaint. On April 28, 2016, Bradham filed a notice of appeal to this Court. We, however, lack jurisdiction.

To be timely, a notice of appeal must be filed within 30 days of entry of the order on appeal. See OCGA § 5-6-38 (a). The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court. See *Couch v. United Paperworkers Intl. Union*, 224 Ga. App. 721 (482 SE2d 704) (1997). Because Bradham filed his notice of appeal 31 days after entry of the order he seeks to appeal, it is untimely. Accordingly, this appeal is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 07/27/2016
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*